IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                     **CASE NO. 1:96-cr-00020-MP-AK-4**

**JOHN CALVIN EVERETT,**

    **Defendant.**

_____/

## O R D E R

This matter is before the Court on Doc. 559, Defendant's Motion for Leave to Amend Doc. 556, his Motion for Reconsideration of the order at Doc. 555. That motion for reconsideration has already been denied as without merit, and nothing in the motion at Doc. 559 justifies revisiting the issues raised.

Accordingly, it is **ORDERED** that:

The Motion for Leave to Amend (Doc. 559) is denied.

**DONE AND ORDERED** this 26th day of October, 2011.

                                               *s/ Gary R. Jones*
                                               GARY R. JONES
                                               United States Magistrate Judge